```
2007072414 0947
```

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT** <br> EFFECTED (1) BY ME: **OUT OF STATE** <br> TITLE: **PROCESS SERVER** <br><br> Carlos Canas | DATE: 07/24/07 <br> 04:20pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant:

ON TIME CAPITAL, INC. Accepted by Antoniette Burgos, Manager/authorizeed to accept.

Place where served:

6011 Bristol Pkwy Culver City, Ca. 90230

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 40   HEIGHT: 5'6   WEIGHT: 130   SKIN: B   HAIR: Brwn   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07/30/20 07

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ANDREW L. LIPUT, ESQ.
PLAINTIFF:   ICON RESIDENTIAL CAPITAL, LLC
DEFENDANT:  ON TIME CAPITAL, INC.
VENUE:       SOUTHERN DISTRICT OF NEW YORK
DOCKET:      07 CIV 6437

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.