UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2008

ICON RESIDENTIAL CAPITAL LLC,

        Plaintiff,

   -against-

ON TIME CAPITAL, INC.

        Defendant.
------------------------------------------------------------X

No. 07 Civ. 6437 (DAB)

**DEFAULT JUDGMENT**

    This action having been commenced on July 16, 2007 by the filing of the Summons and Complaint having been personally served on the defendant, On Time Capital Inc., on July 24, 2007 by personal service on Antoinette Burgos/ Manager authorized to accept, and proof of service having been filed on October 4, 2007 and the defendant not having answered the Complaint, and the time for answering the complaint has expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $532,757.00 with interest at 6% from April 26, 2007 amounting to $ 15,982.71 plus costs and disbursements of this action in the amount of $ _____ amounting in all to $ 548,739.71

Dated: New York, New York

_____
                                             Deborah A. Batts
                                                U.S.D.J.   2/14/08

This document was entered on the docket on _____.